Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MELVIN BERRY, ) ) Defendant. ) ) | NO. CR06-0375JLR ORDER CONTINUING TRIAL |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

THE COURT FINDS that continuing the trial in this case is necessary to allow newly-appointed defense counsel adequate time to investigate and to prepare effectively for trial;

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until February 6, 2007, and that the period of time from December 27, 2006, up to and including February 6, 2007, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

ORDER CONTINUING TRIAL/BERRY
(CR06-0375JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this
2 case shall be January 12, 2007, and that responses to motions shall be due January 19,
3 2007.
4    DONE this 7th day of December, 2006

5

6

7                                                              _____
8                                                              JAMES L. ROBART
9                                                              United States District Judge
10 Presented by:
11

12
   s/Andrew C. Friedman
13 ANDREW C. FRIEDMAN
   Assistant United States Attorney
14

15 United States Attorney's Office
   700 Stewart Street, Suite 5220
16 Seattle, Washington 98101-3903
17 Telephone:   (206) 553-7970
   Fax:         (206) 553-0755
18 E-mail:      Andrew.Friedman@usdoj.gov

19

20

21
   s/Lee A Covell
22 LEE A. COVELL
23 Counsel for Melvin Berry

24 119 First Avenue South, Suite 500
25 Seattle, Washington 98104-3400
   Telephone:   (206) 682-6644
26 Facsimile:   (206) 682-3002
27 E-mail:      leecovell@aol.com

28

ORDER CONTINUING TRIAL/BERRY
(CR06-0375JLR) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970